UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SCOTT A. SNOECK,<br><br>           Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. CV-16-116-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    1.    Mr. Snoeck's Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART.

    2.    The Commissioner's Motion for Summary Judgment is DENIED.

    3.    The Commissioner's decision denying benefits to Mr. Snoeck is REVERSED pursuant to sentence four of 42 U.S.C. 405(g), and Mr. Snoeck's claim is REMANDED for additional administrative proceedings consistent with the Order.

///

Dated this 26th day of July, 2017.

       TYLER P. GILMAN, CLERK


       By: <u>/s/ S. Redding</u>
       S. Redding, Deputy Clerk