# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SCOTT A. SNOECK, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, <br><br> Defendant. | NO.: CV-16-116-GF-BMM-JTJ <br><br><br> ORDER |

Plaintiff Scott A. Snoeck ("Snoeck"), by and through his attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting his Social Security appeal. He requests $7,500.00 in fees, along with costs in the amount of $400.00.

Defendant Commissioner of Social Security ("Commissioner") has no objection to Snoeck's request for $7,500.00 in fees and $400.00 in costs.

Upon Plaintiff's application for fees and costs under the Equal Access to Justice Act, and for good cause showing:

IT IS HEREBY ORDERED that Snoeck's Application for Award of

1

EAJA Fees and Costs is GRANTED. Snoeck shall recover $7,500.00 in fees, along with costs in the amount of $400.00.

DATED this 9th day of January, 2018.

_____
John Johnston
United States Magistrate Judge